# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Lopez, | CASE NUMBER: |
| PLAINTIFF | 2:25-cv-06056-SSC |
| v. | |
| Transworld Systems, Inc., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 18, 2026 as docket number 23,24 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff, Nancy Lopez

and against

Defendant, Transworld Systems, Inc.

according to the terms set forth in the Offer of Judgment.

Date: March 18, 2026

By: _____
United States Magistrate Judge

CV-140 (02/21)                                    **JUDGMENT**